**DISMISS; and Opinion Filed June 25, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01492-CV

**DAMION ELLIS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE
ESTATE OF KAYON ANTHONY ELLIS, DECEASED, Appellant
V.
LINDA DELWOOD, M.D., SOUTH TEXAS DENTAL ASSOCIATES, INC., D/B/A
SOUTH TEXAS DENTAL CLINIC, BRANDON DAHL, DDS, AND RUSSELL TAKASHI
CHOY, DDS, AND PARK CENTAL SURGICAL CENTER, LTD., Appellees**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-05739**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Schenck

Appellant's brief in this accelerated case is overdue. By postcard dated May 15, 2019, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  T<small>EX</small>. R. A<small>PP</small>. P. 38.8(a)(1); 42.3(b), (c).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

181492F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DAMION ELLIS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF KAYON ANTHONY ELLIS, DECEASED, Appellant

No. 05-18-01492-CV    V.

LINDA DELWOOD, M.D., SOUTH TEXAS DENTAL ASSOCIATES, INC., D/B/A SOUTH TEXAS DENTAL CLINIC, BRANDON DAHL, DDS, AND RUSSELL TAKASHI CHOY, DDS, AND PARK CENTAL SURGICAL CENTER, LTD., Appellees

On Appeal from the 193rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-18-05739.
Opinion delivered by Justice Schenck.
Justices Osborne and Reichek participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee LINDA DELWOOD, M.D., SOUTH TEXAS DENTAL ASSOCIATES, INC., D/B/A SOUTH TEXAS DENTAL CLINIC, BRANDON DAHL, DDS, AND RUSSELL TAKASHI CHOY, DDS, AND PARK CENTAL SURGICAL CENTER, LTD. recover their costs of this appeal from appellant DAMION ELLIS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF KAYON ANTHONY ELLIS, DECEASED.

Judgment entered this 25th day of June, 2019.